UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAUNTAI WINFREE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-01369 |
| | ) | Chief Judge Crenshaw |
| NANCY A. BERRYHILL | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

In this appeal from an adverse ruling by the Commissioner of the Social Security Administration, the Magistrate Judge has entered a Report and Recommendation (Doc. No. 19) that recommends Shauntai Winfree's Motion for Judgment on the Administrative Record (Doc. No. 10) be denied. No objections have been filed. Having reviewed the record *de novo* as required by Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because Winfree has not shown that the Administrative Law Judge failed to properly (1) consider her alleged intellectual disability, or (2) develop the administrative record.

Accordingly, the Report and Recommendation (Doc. No. 19) is **ACCEPTED** and **ADOPTED**, Winfree's Motion for Judgment on the Administrative Record (Doc. No. 10) is **DENIED**, and the Commissioner's decision is **AFFIRMED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE